# Exhibit 2

BUY YOUR MIDLANDS TICKETS TODAY

Joining the women's field will be 42 men's programs. Eight Big Ten Conference institutions will be represented, a group that includes host and reigning men's team champion Northwestern, Illinois, Michigan, Michigan State, Ohio State, Purdue, Rutgers, and Wisconsin.

READ MORE ON THE LEGENDARY KEN KRAFT

A full schedule for both days of the 59th Annual Ken Kraft Midlands Championships can be found below:

**FRIDAY, DECEMBER 29**

- 9:30 a.m. – First Session (10 Mats) – (Championship Rounds 1 & 2, Wrestlebacks)
- 7:00 p.m. – Second Session (10 Mats) – (Quarterfinals, Wrestlebacks)

**SATURDAY, DECEMBER 30**

- 11:00 a.m. – Third Session (8 Mats) – (Semis, consolation, 7th place match, women's division begins)
- 6:05 p.m. – Fourth Session (4 Mats) – (1st, 3rd, 5th place matches–men's and women's divisions)
  - Awards ceremony to conclude at 9:00 p.m.
  - Midlands Hall of Fame Inductions will be prior to the final session

**ATHLETE REGISTRATION**

To preregister and pay for both men's ($125/athlete) and women's ($60/athlete) participants, click here.

**SUITE RENTALS**

A select number of suites are available for rental at NOW Arena. For more information or to purchase, contact Tim Cysewski (wrestling@northwestern.edu).

**MEDIA REQUESTS**

Media is welcome to attend this year's Midlands Championships. Credential requests for all reporters, videographers, and photographers can be sent to the tournament's media coordinator Ryan Haley (ryan.haley@northwestern.edu).

**HALL OF FAME**

Libertyville High School head coach Dale Eggert, a 14-time Midlands participant, will be inducted into the Midlands Championships Hall of Fame on December 30 ahead of the final session. Longtime Midlands administrator and current Hall of Famer Jack Leese, who passed away earlier in the year, will also be honored.

Full list of participating teams at #Midlands59 (as of 12/8/23):

**Men's Division:**

- Air Force Academy
- Arizona State
- Bloomsburg
- Buffalo
- California Baptist
- Cal Poly
- Campbell
- Central Michigan
- Cleveland State
- Franklin & Marshall
- George Mason
- Harper College
- Harvard
- Illinois
- Johnson & Wales
- Lehigh
- Michigan
- Michigan State
- Missouri
- Morton College
- North Central College
- Northern Illinois
- Northwestern
- Ohio
- Ohio State
- Omega Training Center
- Oregon State
- Penn
- Pittsburgh
- Purdue
- Princeton
- Rutgers
- Sage Hecox
- SIUE

- Thomas Moore
- Triton College
- University of Chicago
- Virginia
- Virginia Tech
- West Virginia
- Wisconsin
- Wisconsin-Whitewater

**Women's Division:**

- Albion College
- Aurora
- Lindenwood
- McKendree
- Morton College
- North Central College
- Northern Michigan
- Presbyterian
- Wisconsin-Stevens Point