# Exhibit 4

Gmail

scott pilutik <pilutik@gmail.com>

# Fwd: Big Ten Copyright Issues/Wrestling

1 message

**Jason Bryant** <jason@bryantwrestling.com> Mon, Sep 22, 2025 at 2:50 PM
To: scott pilutik <pilutik@gmail.com>

---------- Forwarded message ---------
From: **Jason Bryant** <jason@bryantwrestling.com>
Date: Thu, Feb 1, 2024 at 12:11 PM
Subject: Re: Big Ten Copyright Issues/Wrestling
To: Logan Young <lyoung@bigten.org>
Cc: Tony Rotundo <tonyrotundo@gmail.com>, David Bray <david.bray@flosports.tv>

This event was streamed on Big Ten Plus and managed by a Big Ten school. If you guys don't control that content, who does?

JB
Sent from my iPhone

On Feb 1, 2024, at 12:27 PM, Logan Young <lyoung@bigten.org> wrote:

Hi Jason,

Thank you for the note. BTN and our conference's 3rd party licensing agent were both informed of this item following your previous email. They are monitoring the channel for content that falls under the Big Ten umbrella and will step in as they see fit. As for the other concerns, there is not really anything they can do. They noted perhaps a governing body may be able to stick a successful copyright complaint if their policy is broad enough.

Best,

Logan

**LOGAN YOUNG**

<image001.png> **Director, Sports Administration | Big Ten Conference**

5440 Park Place | Rosemont, IL 60018

**O** 847.696.1010 ext. 135 | **C** 951.255.5943

**From:** Jason Bryant <jason@bryantwrestling.com>
**Date:** Wednesday, January 31, 2024 at 10:25 PM
**To:** Logan Young <lyoung@bigten.org>
**Cc:** Tony Rotundo <tonyrotundo@gmail.com>, David Bray <david.bray@flosports.tv>
**Subject:** Re: Big Ten Copyright Issues/Wrestling

Logan,
Just a head's up that there's been several more videos from Midlands posted by the same MidwestWrestle account.

https://www.youtube.com/@MidwestWrestle/videos

JB

From: Logan Young <lyoung@bigten.org>
Reply: Logan Young <lyoung@bigten.org>
Date: January 23, 2024 at 11:25:48 AM
To: Jason Bryant <jason@bryantwrestling.com>
Cc: David Bray <david.bray@flosports.tv>, Tony Rotundo <tonyrotundo@gmail.com>
Subject: Re: Big Ten Copyright Issues/Wrestling

Hi Jason,

Thank you very much for bringing this to the Big Ten's attention.

I have notified a few individuals within our office of this situation and we are looking into what can be done. If we have any additional questions we will be in touch.

Best,

Logan

<image001.png@01DA4DEE. A18B7F40>

**LOGAN YOUNG**

**Director, Sports Administration | Big Ten Conference**

5440 Park Place | Rosemont, IL 60018

**O** 847.696.1010 ext. 135 | **C** 951.255.5943

---

**From:** Jason Bryant <jason@bryantwrestling.com>
**Date:** Monday, January 22, 2024 at 5:35 PM
**To:** Logan Young <lyoung@bigten.org>
**Cc:** David Bray <david.bray@flosports.tv>, Tony Rotundo

<tonyrotundo@gmail.com>
**Subject:** Big Ten Copyright Issues/Wrestling

Logan,

My name is Jason Bryant, I'm the President of the National Wrestling Media Association. I've previously announced events at Northwestern and have known Northwestern wrestling coach Matt Storniolo since he was a student athlete in college at Oklahoma. He sent me your direction on this.

The reason for my e-mail is centered around a problematic and potentially predatory figure in and around the sport of wrestling. I realize I have to be careful how I word this type of situation.

At Midlands this year, an individual named Nima Gharavi had his credential removed by tournament staff for shooting video of the event without authorization. Mr. Gharavi has a YouTube Channel called Midwest Wrestle that has thousands of subscribers, but he's often using illegally obtained video that he does not have the rights to post. There was also another photographer who was ejected from the facility for shooting from the stands. That individual will not be credentialed by the Iowa HS association, NCAA, NAIA and USA Wrestling for the same types of things described above - and below.

What's become more apparent is Mr. Gharavi's marketing to a demographic who is uninterested in the sport of wrestling for the score, but for less than savory reasons - these videos often include minors.

He's directly monetizing videos from events he does have the rights to shoot as well - a few days ago, he posted three separate videos from the Midlands, which Big Ten Network streamed live on BTNPlus.

I don't work in broadcasting as closely as I once did, so I reached out to Matt to see who a good contact would be about this type of issue. This issue is more than just policing the web for copyright violations - there's also a group of concerned wrestling parents out there who are unable to get any results from their own requests to take their sons off his YouTube channel. A simple perusement of some of the comments will really tell you all you need to know.

These videos don't have stars in them - and their view counts are astronomical compared to the sport's biggest stars and Olympic champions.

Here is the channel and the three most recent links with Big Ten Network-owned content.

https://www.youtube.com/@MidwestWrestle

Latest Videos

https://www.youtube.com/watch?v=BcMiocsk4co

https://www.youtube.com/watch?v=WeVEP5s3A1U

https://www.youtube.com/watch?v=w_gn05Sll0I

A number of wrestling media have been working together to try to keep our kids and athletes safe and competing without having to worry about someone (allegedly) exploiting kids. FloSports, to name one, has also tried to file copyright claims against the channel.

Wanted to make your office aware and potentially anyone in the hierarchy of the conference and BTN aware so action could be taken.

If you have any questions, my cell is 612-812-5983.

Thank you for your time,

JB

**Jason Bryant**

**Founder, Mat Talk Online**

mattalkonline.com

jason@bryantwrestling.com | jason@mattalkonline.com

Twitter: @jasonmbryant @mattalkonline

Cell: 612-812-5983

President, National Wrestling Media Association

National Wrestling Hall of Fame Inductee, Virginia Chapter

16-Time Wrestling Journalism & Broadcasting Award Winner

## Disclaimer

This e-mail (including any attachments) may contain private, confidential, privileged, or other legally-protected information. If you are not the intended recipient (even if the e-mail address is yours), you are hereby notified that any use, disclosure, copying, or distribution of the contents of this e-mail is strictly prohibited. If you received this e-mail in error, please delete it from your system and notify sender by reply e-mail so that our records can be corrected.

## Disclaimer

This e-mail (including any attachments) may contain private, confidential, privileged, or other legally-protected information. If you are not the intended recipient (even if the e-mail address is yours), you are hereby notified that any use, disclosure, copying, or distribution of the contents of this e-mail is strictly prohibited. If you received this e-mail in error, please delete it from your system and notify sender by reply e-mail so that our records can be corrected.

--
**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
Twitter: @jasonmbryant @mattalkonline
Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner

Gmail

scott pilutik <pilutik@gmail.com>

# Fwd: IHSAA Contacts

1 message

**Jason Bryant** <jason@bryantwrestling.com> Mon, Sep 22, 2025 at 1:42 PM
To: Scott Pilutik <Pilutik@gmail.com>

Sent from my iPhone

Begin forwarded message:

**From:** Chris Cuellar <ccuellar@iahsaa.org>
**Date:** December 6, 2024 at 12:14:04 PM CST
**To:** Jason Bryant <jason@bryantwrestling.com>
**Subject: RE: IHSAA Contacts**

Hey Jason,

Thanks for reaching out.

Unfortunate that this continues to be an issue, but I am happy to assist you here.

I have attached TSV files with email addresses for all IHSAA member school ADs and varsity boys' wrestling coaches.

We have not and will not credential Cam or Midwest Wrestle with our events.

Wishing you a great start to the wrestling winter.

Best,

Chris

**From:** Jason Bryant <jason@bryantwrestling.com>
**Sent:** Wednesday, December 4, 2024 10:55 PM
**To:** Chris Cuellar <ccuellar@iahsaa.org>
**Subject:** Re: IHSAA Contacts

Chris,

Cam has resurfaced again. With the HS tournament season starting to bloom this weekend, is it possible to get an update of contacts to distribute this to - again for a one-time (in this case, I guess annual) blast to notify schools. We can't make them read the email, but again, we can at least do what we can to protect the kids.

Also, Midwest Wrestle has also shot back up, although they're based more in Illinois. Midwest Wrestle is actually filing a lawsuit against some of the fans who warned people about them.

JB

--

**Jason Bryant**

**Founder, Mat Talk Online**

mattalkonline.com

Twitter: @jasonmbryant @mattalkonline

Cell: 612-812-5983

President, National Wrestling Media Association

National Wrestling Hall of Fame Inductee, Virginia Chapter

16-Time Wrestling Journalism & Broadcasting Award Winner

On Dec 16, 2021, at 10:56 AM, Chris Cuellar <ccuellar@iahsaa.org> wrote:

Hi Jason,

Per our previous messages on Cam Kramer, I've discussed possible solutions with my executive director Tom Keating to get NWMA's information and statement out to our schools.

While we will continue to follow our legal counsel's recommendations regarding public comment at this time, we are willing to supply a contact list for athletic directors at all

IHSAA member schools to NWMA for a one-time use of sending out the previously issued statement.

Our preference is for NWMA to answer those questions as they pertain to Cam. Then should any postseason or IHSAA questions arise, those can be directed to me.

I am attaching the contact list to this email. Please let me know if you need any further clarification or information on this issue.

Thanks a bunch,

Chris

<image001.png>

<IHSAA AD List 12.16.21.xlsx>

**3 attachments**




**image001.png**
52K

**MemberDirectory (66).tsv**
23K

**MemberDirectory (65).tsv**
28K

**scott pilutik <pilutik@gmail.com>**

# Fwd: National Wrestling Media Association

1 message

**Jason Bryant** <jason@bryantwrestling.com> Mon, Sep 22, 2025 at 2:48 PM
To: scott pilutik <pilutik@gmail.com>

---------- Forwarded message ---------
From: **Jason Bryant** <jason@bryantwrestling.com>
Date: Thu, Jan 4, 2024 at 9:52 PM
Subject: Fwd: National Wrestling Media Association
To: David Bray <david.bray@flosports.tv>

Go this one yesterday. Fishing for sure.

**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
jason@bryantwrestling.com | jason@mattalkonline.com
Twitter: @jasonmbryant @mattalkonline
Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner

From: Zachary Gebis <zgebis@outlook.com>
Reply: Zachary Gebis <zgebis@outlook.com>
Date: January 3, 2024 at 11:34:22 PM
To: accounts@nationalwrestlingmedia.com <accounts@nationalwrestlingmedia.com>
Cc: jason@bryantwrestling.com <jason@bryantwrestling.com>
Subject: National Wrestling Media Association

Hi

I hope this email finds you well. I wanted to reach out to express my enthusiasm for wrestling and my desire to contribute positively to the community, particularly through my interest in photography.

In the past, I missed out on the opportunity to engage in wrestling during high school, only discovering my passion for it in my later college years. Ever since this discovery a few years ago, I've been committed to promoting the sport and dispelling any misconceptions surrounding it. As part of my commitment, I've been considering starting a blog featuring photos from local wrestling events, primarily at nearby colleges and high schools. The goal is not to sell the images but to create an ad-supported platform, welcoming donations from those interested in supporting the cause. Additionally, I'd be open to providing full copyright releases to the individuals featured in the photos.

Recently, I became aware of a situation involving Midwest Wrestle, where two individuals are facing criticism for filming matches and making the content available online at no cost. I understand that this matter might already be on your radar. However, I am disheartened to learn about the conflicting perspectives on the issue, with one side expressing strong support and the other leveling accusations of ill intent.

As someone new to both the wrestling and photography communities, and with a genuine desire to give back to my local community, I am writing to inquire whether your organization has any plans to address this situation. I regret not becoming involved with the wrestling community earlier in my life, but the interactions I've had so far have been incredibly positive. Given the recent developments, I believe guidance from your organization would be invaluable, not just for me but for others who may be contemplating covering the sport but are concerned about potential criticism.

I've already reached out to local Facebook groups and offered my services and time at no cost to parents, only to find myself now in a situation where I must extend my deepest regrets due to the recent events that have unfolded in the last 24 hours.

I appreciate your time and consideration in addressing these concerns. I look forward to any guidance or insights you can provide on this matter.

I would love to be a member of your organization as well once guidance is provided.

Kind Regards




**CONFIDENTIALITY NOTICE**

This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 U.S.C. Section 2510, et. seq. This message (including any attachments) contains confidential information intended for a specific individual or individuals. If you are not the intended recipient, please delete this message and all attachments immediately. Any disclosure, copying, distribution or any other action based on this message or any of the attachments is strictly prohibited. Receiving Party shall notify the Disclosing Party immediately upon discovery of any unauthorized use or disclosure of Confidential Information by Receiving Party or its Representatives, or any other breach of this Agreement by Receiving Party or its Representatives, and will cooperate with efforts by the Disclosing Party to help the Disclosing Party regain possession of Confidential Information and prevent its further unauthorized use. Zachary Gebis accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing.

--
**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
Twitter: @jasonmbryant @mattalkonline

Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner

---

**image001.png@01DA3E5B.5378C260**
42K

Gmail

scott pilutik <pilutik@gmail.com>

# Fwd: National Wrestling Media Association

1 message

**Jason Bryant** <jason@bryantwrestling.com> Mon, Sep 22, 2025 at 2:49 PM
To: scott pilutik <pilutik@gmail.com>

---------- Forwarded message ---------
From: **Tony Rotundo** <tonyrotundo@gmail.com>
Date: Thu, Jan 4, 2024 at 9:10 AM
Subject: Re: National Wrestling Media Association
To: Jason Bryant <jason@bryantwrestling.com>
Cc: Richard Immel <rimmel@usawrestling.org>, KatieJo Svenson <katiejo.svenson@wartburg.edu>

Hey J,

Agreed we should make a statement, but I think it can be pretty highlevel, like, "We are aware of the situation and will be following it closely. The NWMA does not tolerate the sexualization of any athletes, in accordance with the tenants of Safesport...yadda."

Regarding Zach, agreed the timing is definitely suss. I'm not sure we need to reply to him, but if we do, it should be along the lines of "Welcome to the sport, don't sexualize athletes, good luck." What I don't understand is what he wants to do, does he want to shoot, or will he have a blog? Both? Where are they? I don't see any photos, and he has one blog post about adults wrestling. His IG is full of photos of himself, mostly without a shirt on. His FB is just reposts. I'm super confused why he would need to "extend his regrets" to his FB groups? If he isn't doing anything wrong, why/how is the MW/CK affecting him? I'm not 100% convinced he's real, I think this may be Hylighter or someone else.

TR

On Thu, Jan 4, 2024 at 12:39 AM Jason Bryant <jason@bryantwrestling.com> wrote:

> All,
> Just got this in our NWMA inbox. I find the timing pretty interesting, kinda like the random inquiry we got after the Cam Kramer thing last year.
>
> Also, we should probably draft something up, similar to what we did with Cam, or have some type of action. I'll be sending the annual "Cam Advisory" around again after he was one of the two guys booted from Midlands. This time, Cam was shooting from the front row of the stands and was spotted by some coaches who let the Northwestern staff know he was there.
>
> The Midwest Wrestle guy was shown the door after he was asked if he was shooting video - the nefariousness associated with where his videos land and are viewed - didn't come up in that conversation, but the internet kinda took that and ran with it.
>
> JB
>
> **Jason Bryant**
> **Founder, Mat Talk Online**
> mattalkonline.com
> Twitter: @jasonmbryant @mattalkonline
> Cell: 612-812-5983
>
> President, National Wrestling Media Association
> National Wrestling Hall of Fame Inductee, Virginia Chapter
> 16-Time Wrestling Journalism & Broadcasting Award Winner
>
> On January 3, 2024 at 11:34:22 PM, Zachary Gebis (zgebis@outlook.com) wrote:

Hi

I hope this email finds you well. I wanted to reach out to express my enthusiasm for wrestling and my desire to contribute positively to the community, particularly through my interest in photography.

In the past, I missed out on the opportunity to engage in wrestling during high school, only discovering my passion for it in my later college years. Ever since this discovery a few years ago, I've been committed to promoting the sport and dispelling any misconceptions surrounding it. As part of my commitment, I've been considering starting a blog featuring photos from local wrestling events, primarily at nearby colleges and high schools. The goal is not to sell the images but to create an ad-supported platform, welcoming donations from those interested in supporting the cause. Additionally, I'd be open to providing full copyright releases to the individuals featured in the photos.

Recently, I became aware of a situation involving Midwest Wrestle, where two individuals are facing criticism for filming matches and making the content available online at no cost. I understand that this matter might already be on your radar. However, I am disheartened to learn about the conflicting perspectives on the issue, with one side expressing strong support and the other leveling accusations of ill intent.

As someone new to both the wrestling and photography communities, and with a genuine desire to give back to my local community, I am writing to inquire whether your organization has any plans to address this situation. I regret not becoming involved with the wrestling community earlier in my life, but the interactions I've had so far have been incredibly positive. Given the recent developments, I believe guidance from your organization would be invaluable, not just for me but for others who may be contemplating covering the sport but are concerned about potential criticism.

I've already reached out to local Facebook groups and offered my services and time at no cost to parents, only to find myself now in a situation where I must extend my deepest regrets due to the recent events that have unfolded in the last 24 hours.

I appreciate your time and consideration in addressing these concerns. I look forward to any guidance or insights you can provide on this matter.

I would love to be a member of your organization as well once guidance is provided.

Kind Regards

****CONFIDENTIALITY NOTICE****

This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 U.S.C. Section 2510, et. seq. This message (including any attachments) contains confidential information intended for a specific individual or individuals. If you are not the intended recipient, please delete this message and all attachments immediately. Any disclosure, copying, distribution or any other action based on this message or any of the attachments is strictly prohibited. Receiving Party shall notify the Disclosing Party immediately upon discovery of any unauthorized use or disclosure of Confidential Information by Receiving Party or its Representatives, or any other breach of this Agreement by Receiving Party or its Representatives, and will cooperate with efforts by the Disclosing Party to help the Disclosing Party regain possession of Confidential Information and prevent its further unauthorized use. Zachary Gebis accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing.

--
Tony Rotundo
Owner/Photographer
WrestlersAreWarriors.com
(415) 902-8346

--
**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
Twitter: @jasonmbryant @mattalkonline
Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner

---

**image001.png@01DA3E5B.5378C260**
42K

Gmail

scott pilutik <pilutik@gmail.com>

# Fwd: Questionable photographer credentials

1 message

**Jason Bryant** <jason@bryantwrestling.com> Mon, Sep 22, 2025 at 2:52 PM
To: scott pilutik <pilutik@gmail.com>

---------- Forwarded message ---------
From: **Jason Bryant** <jason@bryantwrestling.com>
Date: Wed, Jan 11, 2023 at 11:19 AM
Subject: Re: Questionable photographer credentials
To: Whitley, William <whitley@ath.msu.edu>

Ok, that's a start.

Does the MSU Open fall under any rights agreement? (Flo, BTN?) to your knowledge. This guy has also been notorious for violating a ton of rights agreements with the "oh I didn't know" defense.

Thanks for the prompt reply.

JB

From: Whitley, William <whitley@ath.msu.edu>
Reply: Whitley, William <whitley@ath.msu.edu>
Date: January 11, 2023 at 11:05:06 AM
To: Jason Bryant <jason@bryantwrestling.com>
Subject: Re: Questionable photographer credentials

Hey Jason,

Michigan State has not typically operated with a credential policy for events held inside Jenison Field House in the past. I wasn't actually at the MSU Open due to a conflict with the Big Ten women's soccer tournament at the same time, so I can't really offer any interpretation of what may have happened at the event.

I will say, he didn't email me before the event to introduce himself or ask for any information, so that may be a bit of a red flag, but it could also just be a symptom of our non-credential policy. I don't know if any of that helps, but that's all I know as of now.

---

**From:** Jason Bryant <jason@bryantwrestling.com>
**Sent:** Wednesday, January 11, 2023 11:46 AM
**To:** Whitley, William <whitley@ath.msu.edu>
**Subject:** Questionable photographer credentials

Nick,
Reaching out because I noticed some videos surfacing from the Midwest Wrestle account from the Michigan State Open. I'm not sure who had the video rights, so that's one thing I'm reach out out with.
Secondarily, this account seems to be using suggestive thumbnails on his YouTube videos.

With nearly 100K subscribers, he's got a following, but I'm not sure it's because they're just wrestling fans.

One of the DO NOT CREDENTIAL advisories we at the National Wrestling Media Association sent out was for Cam Kramer, who did the same thing with his thumbnails. We know YouTube can have thumbs that are random, but these seem VERY specific.

https://www.youtube.com/@MidwestWrestle/videos

I've never met the guy, but word is he comes off a little sketch. Before I dig into further places, I wanted to come to you to see what you knew about it and perhaps what went into allowing him into the event.

It's hard to vet every credential, especially with sports like wrestling, where we have a lot of blog-based or social-based content creators wanting access.

Any perspective you can add would be appreciated.

JB

**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
jason@bryantwrestling.com | jason@mattalkonline.com
Twitter: @jasonmbryant @mattalkonline
Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner

--
**Jason Bryant**
**Founder, Mat Talk Online**
mattalkonline.com
Twitter: @jasonmbryant @mattalkonline
Cell: 612-812-5983

President, National Wrestling Media Association
National Wrestling Hall of Fame Inductee, Virginia Chapter
16-Time Wrestling Journalism & Broadcasting Award Winner