# Exhibit 5

**Nima Gharavi**

**From:** Whitley, William <whitley@ath.msu.edu>
**Sent:** Tuesday, October 4, 2022 12:16 PM
**To:** Nima Gharavi
**Subject:** RE: Media Credentials for the Michigan State Open on November 5th, 2022

Hey Nima,

Wrestling is a non-credential sport at Michigan State, so feel free to come by for the tournament, and we will hook you up with a place to work from.

---

**From:** Nima Gharavi [redacted]
**Sent:** Tuesday, October 4, 2022 12:52 PM
**To:** Whitley, William <whitley@ath.msu.edu>
**Subject:** Media Credentials for the Michigan State Open on November 5th, 2022

Hello Nick,

May I ask if it would be possible to obtain media credentials to cover the Michigan State Open on November 5th, 2022, at the Jenison Field House?

Thank you,

Nima Gharavi
IHSA Official [redacted]