# Exhibit 7

Page Vault

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Ok real talk. I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don’t use a photo as a way to protect the kid. That same pic could be…" / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741125448418152901 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:11:51 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:12:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | jkVQnC38kazyzDwntKLKFv |
| User: | smb-ndombrowski |

X

Settings

← **Post**

**Allyson Schwab**
@allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.

Parents- do yourself a favor. Look at the places your kids pop up on- sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?

This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?

Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.

3:53 PM · Dec 30, 2023 · **377.8K** Views

**39** Reposts **14** Quotes **349** Likes **14** Bookmarks

14

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab** @allysonschwab **Follow**
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

← Post

**Allyson Schwab** @allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.

Parents- do yourself a favor. Look at the places your kids pop up on- sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?

This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?

Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.

9:53 AM · Dec 30, 2023 · **363.1K** Views

19 52 337 14

Post your reply Reply

**Alyssa Emili** @AlyssaEmili · Dec 30, 2023
Wow I just searched @YouTube and found my 11 y.o. daughter wrestling is the subject of 16 videos of 1 person. Suggestive, w innuendo. I reported it. But as a well intentioned person, I didn't consider this. Thank you 🙏

3 15 20K

**Allyson Schwab** @allysonschwab · Dec 30, 2023
Oh mama. Makes me sick.

10 16K

**have some nuts** @havesomenuts_ · Dec 30, 2023
There is an online forum community that shares pictures of college wrestlers for nsfw reasons. Someone from that community messaged me attempting to solicit pictures for money. I've seen my teammates and friends posted on there as well

1 9 22K

**Allyson Schwab** @allysonschwab · Dec 30, 2023
So much wrong with this world.

13 17K

**JamieDonWeeks** @JamieDonWeeks23 · Dec 30, 2023
You're also a pot stirrer.

7 1 2 9.9K

**Allyson Schwab** @allysonschwab · Dec 30, 2023
If this is pot stirring then sure bc it's gonna protect a lot kids. Not sure how you can be mad about that, but ok.

83 8.7K

**Aaron Morekin** @aaronmorekin · Dec 30, 2023
This isn't talked about enough. I go through all of my images and cull them this way. Even if it is otherwise a nice photo. I wouldn't want have wanted something like that of me when I wrestled. Don't want to do it to these athletes

1 17 16K

**Shea Foster** @Ric_0_Shea · Dec 30, 2023
I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.

1 4 14K

**Ben Gonzalez** @BGON81 · Dec 30, 2023
Why I'm a big proponent of moving to shorts

2 9 8.8K

**PackClassic** @PackClassic0 · Dec 30, 2023
Well stated, Allyson

← Post

**Shea Foster** @Ric_0_Shea · Dec 30, 2023
I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.
1 4 14K

**Ben Gonzalez** @BGON81 · Dec 30, 2023
Why I'm a big proponent of moving to shorts
2 9 8.8K

**PackClassic** @PackClassic0 · Dec 30, 2023
Well stated, Allyson
7 9.2K

**MDLClass** @MDLClass · Dec 30, 2023
Etc... etcetera. IA education 😔
2 1 5.2K

**Jeff Holmes** @OldCoach57 · 23h
This is exactly why some of the wrestling sites bother me. Nobody under high school age should be out there this much. It's scary on too many levels.
1.4K

**KJ** @Bsweed69 · Dec 30, 2023
Thank you. Good advice. Sadly it's not just wrestling.
1 3.1K

**Akir The Fallen** @Haunted_Haunter · Dec 31, 2023
To add on, this was something my friend who played volleyball said to me in highschool once, "half the time we have to ref our own games. The refs always show up early to watch us warm up and usually don't know what they're doing. Why can't we get real shorts."
2.8K

**Todd Wolverton** @ToddWolverton · Dec 30, 2023
Thank you for bringing this up and sharing. I've was definitely not aware of this.
3.5K

**GoWithTheFlo** @GoWithT58890605 · Dec 30, 2023
You see it all the time in the comments or likes on regular posts. Most of the time its some pedo hiding in plane site on social media from across the world who only follows youth gymnastics and wrestling for the crotch shots. Been going on for a while
2.4K

**Randal Meyer** @revranmey · Dec 30, 2023
Please take the time and don't miss wrestlers/wrestling through your own eyes that you would miss through the lenses of your videos and photos.
3 7.3K

**#BLM_#Vote!** 🌊☮️ @EtoTheZY · Dec 30, 2023
It's so scary because normal people would never even think of this. I guess it's how they get away with it in broad daylight.
8 6.3K

**rynedwalt** @rynedwelt · Dec 30, 2023
There is constantly "suggested for you" fb pages on my feed with this. Very creepy, i dont even view the comments or expand the pics anymore bc theyre def viewed a different way and the comments are horrible.
1 4.6K

**Eric Rauch** @Rauch41 · 7h
There is a lot wrong with the world! Pictures online, kids transferring to private schools, taxpayer money going to said schools. Take your pick.
150

**Tam Murceck** @murkman36 · Dec 30, 2023
How about just don't take pictures of other people's kids at all 🤷‍♂️

That seems like a better option than letting people take pictures and police themselves as "oh but I'm one of the good ones, not like those other people".
3 7K

## More replies

**Joe B** @joeb1771 · Dec 30, 2023
Searched my name once and found a cropped picture from the NCAAs with my face on some gay website. Teammates laughed at me but I never thought about it again until now. Kid pictures are crossing a line. These freaking degenerates

Post

**Allyson Schwab** @allysonschwab · Dec 30, 2023

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be...
Show more

22 · 54 · 350 · 379K

**Barford1978**
@barford19781

My good friend @milesrush79 pointed this out to me yesterday. I'm grateful he did. Midwest Wrestling you tube has my sons video(of course in a white singlet) and 21k views? Gtfo, no way these are recruiters or the competition scoping these. I flagged it.let's see if YouTube GAF

Thanks for your report to YouTube Inbox

YouTube 5:41 PM
to me

YouTube

Hello Matt,

Thank you for your video report on January 3, 2024. We'll take a careful look at this content.

**What happens next**

After our review, we may:

- Remove the content, if it violates our Community Guidelines
- Place restrictions on it, if it's not suitable for some audiences
- Keep the content up, if it doesn't violate our Community Guidelines

99+

7:21 AM · Jan 4, 2024 · **125** Views

2 · 2

Post your reply

Reply

**More replies**

**ChiliNaNa** @goldenimage84 · 48m

So your son is on a channel that has 321,000 subscribers. And you think it received 21k views because he is in a white singlet? When his other video (same singlet) only got 12k views. And your "friend" brought this to your attention...how?

1 · 8

PageVault

| | |
|---|---|
| Document title: | Christian Pyles on X: "Huge problem. We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him. There's one just as bad, if not worse who is scarily enough an official. Flo has done everything in power, leveraging partners, etc to…" / X |
| Capture URL: | https://twitter.com/CPyles8/status/1741132456768557458 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:06:29 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:07:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | sQyURXyGLobuw7RBb2afbx |
| User: | smb-ndombrowski |

Settings

Post

**Christian Pyles** @CPyles8

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to get him out.

He threatens to sue constantly.

It's true evil. Ive seen other content creators naively laud this guys work. Not knowing the incredible view counts (which eclipse the most viewed sr level/NCAA matches in history) are from people with twisted desires.

> **Allyson Schwab** @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as…
> Show more

4:21 PM · Dec 30, 2023 · **355.9K** Views

**9** Reposts **7** Quotes **108** Likes **13** Bookmarks

13

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Christian Pyles** @CPyles8 Follow
Content Director @FloSports. @FloWrestling, @FloGrappling. Instagram: @CPyles

**Allyson Schwab** @allysonschwab Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

Post

**Christian Pyles** @CPyles8

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to get him out.

He threatens to sue constantly.

It's true evil. Ive seen other content creators naively laud this guys work. Not knowing the incredible view counts (which eclipse the most viewed sr level/NCAA matches in history) are from people with twisted desires.

> **Allyson Schwab** @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to prote...
> Show more

10:21 AM · Dec 30, 2023 · **349.9K** Views

16 · 16 · 108 · 13

Post your reply · Reply

**dbeshada** @dbeshada1 · Dec 30, 2023
Interesting, inasmuch as Flo employed and continues to support Dan a/k/a "Nomad" (and you personally protected him), after his creepy tactics towards young women (and likely other stuff that was simply never made public).

So, was your tweet solely to get some public...
Show more
3 · 2 · 68 · 21K

**Shea Foster** @Ric_0_Shea · Dec 30, 2023
That's sad that people have to worry about stuff like this. It's almost like you need a watchdog website to help sort this out at the levels. If Flo is sponsoring a tournament do you control who can take pictures?
1 · 12K

**Baby Grajales** @WorstYoungest · Dec 30, 2023
Curious if Nomad is going to like this tweet
2 · 1 · 50 · 8.4K

**Hawk In IC** @IAChief32 · Dec 30, 2023
What are they doing? A little bit lost here.
1 · 2 · 5.6K

**Dean Wrestling** @deanofwrestlin · Dec 30, 2023
How do we go about finding out who you are talking about? I don't want to promote or even watch a video from an account like that?
2 · 7 · 8.1K

**Glenn Confessore** @GlennConfessore · Dec 30, 2023
But yet you have no problem still being cool with Nomad
2 · 1.6K

**Stiles** @RStilinski · Dec 30, 2023
Why don't kids just where shorts, likely get more involved too.
1 · 1.9K

**Chuck Yorks** @chuck_yorks · Dec 31, 2023
Thank you CP. Persist.
295

**henry hankovitch** @huffyhenry77 · Dec 30, 2023
Name names.
1 · 5.2K

**Jesse's Wrestling Show** @jesse_esselman · Dec 30, 2023
People are sick. If high school wrestling matches that nobody has ever heard of are getting 500k views you know something is up. Hopefully they can be stopped.

PageVault

| | |
|---|---|
| Document title: | MatScouts on X: "Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday." / X |
| Capture URL: | https://twitter.com/MatScouts1/status/1741173880675508389 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 21:10:45 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 21:11:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 3MKfDcwmGkZryHY35H655W |
| User: | smb-ndombrowski |

X

Settings

Post

**MatScouts** @MatScouts1

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

> **Christian Pyles** @CPyles8 · Dec 30, 2023
> Huge problem.
>
> We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.
> ...
> Show more

7:06 PM · Dec 30, 2023 · **125.6K** Views

**10** Reposts **5** Quotes **158** Likes **17** Bookmarks

17

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**MatScouts** @MatScouts1 Follow

**Christian Pyles** @CPyles8 Follow
Content Director @FloSports. @FloWrestling, @FloGrappling. Instagram: @CPyles

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

PageVault

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Friendly reminder to check if your kids are on a certain YouTube channel. No reason a 46kg youth girls match should have 2.6 million views." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741579008897151316 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:41:24 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:41:58 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | e8Xiebw5hV6qxcrVdb8upg |
| User: | smb-ndombrowski |

X

Settings

Post

**Allyson Schwab**
@allysonschwab

Friendly reminder to check if your kids are on a certain YouTube channel.

No reason a 46kg youth girls match should have 2.6 million views.

> **Allyson Schwab** @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as...
> Show more

9:56 PM · Dec 31, 2023 · **261.4K** Views

**28** Reposts **4** Quotes **284** Likes **5** Bookmarks

5

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab**
@allysonschwab
Follow

A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up