# Exhibit 8

**Jason Bryant**

Members

983

Posted December 30, 2023

While not in the same realm of scumbaggeery, I once received a cease and desist from a lawyer for going on a FB group warning unsuspecting parents of a wrestling club and travel team that was notorious for scamming tournament directors and parents every few years. That person's mother got their family lawyer after me, citing I was harassing and bullying them because they were disabled.

Grifters with resources will use the law to threaten anyone interfering in their efforts to scam. Was I right? Yes, but did I want to spend thousands of dollars to prove that fact?

When you call someone out on things like this, the accused parties are ready and able to send their lawyers after you to shut you up.

*Insert catchy tagline here.*

**Jason Bryant**

Members

984

Posted December 30, 2023

Nothing about this topic is about the quality of the video.

*Insert catchy tagline here.*

**Jason Bryant**

Members

983

Posted January 1, 2024

> **On 1/1/2024 at 3:00 PM, MidwestWrest said:**
>
> Just want it on the record. I am NOT Midwest Wrestle from YouTube. I am from Missouri and have never reffed a match in my life.

suggestion: dm the mods here and get them to change your username.

*Insert catchy tagline here.*