# Exhibit 10

## Nima Gharavi

**From:** Gene Murphy <gmurphy@murphylitigation.com>
**Sent:** Thursday, November 13, 2025 12:43 PM
**To:** Olivia E. Duggins
**Subject:** RE: Matt Storniolo Subpoena

**Caution:** External email.

Hey Olivia, Twink is Jason Bryant and the date of the messages was December 2023. Keep me posted, gene

Eugene E. Murphy, Jr.
Managing Partner
Murphy Law Group
161 North Clark Street, Suite 2550
Chicago, IL 60601
(w) 312.202.3202
(f) 312.202.3201

---

**From:** Olivia E. Duggins <oduggins@smbtrials.com>
**Sent:** Wednesday, November 12, 2025 10:28 AM
**To:** Rebecca Schiller <RSchiller@murphylitigation.com>; Gene Murphy <gmurphy@murphylitigation.com>
**Cc:** Jeff Becker <jbecker@smbtrials.com>; Kira Matheson <kmatheson@smbtrials.com>; Nicole O'Toole Peterson <notoole@smbtrials.com>
**Subject:** Re: Matt Storniolo Subpoena

Hi Gene,

Thank you for sending. We have reviewed the subpoena response and have two follow-up requests. First, could you please ask your client to provide the full name of the individual identified in Mr. Stornolio's messages under the contact name "Twink"? Second, would you be able to supplement the production to reflect the date and time range of those messages?

Happy to discuss by phone if that's easier. Thank you!

**Olivia E. Duggins**
Associate
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Ave., Suite 3400
Chicago, Illinois 60611
Dir: (312) 222-8534
Fax: (312) 321-0990
E-mail: oduggins@smbtrials.com
Website: www.smbtrials.com

**Swanson, Martin & Bell, LLP**

**Chicago – St. Louis – Lisle – Libertyville – Madison County**

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure as information can be intercepted, lost, arrive late or incomplete. The sender therefore does not recommend total dependence on e-mail for secure and timely communication.

Please consider the environment before printing this e-mail

---

**From:** Rebecca Schiller <RSchiller@murphylitigation.com>
**Sent:** Friday, October 31, 2025 1:11 PM
**To:** Jeff Becker <jbecker@smbtrials.com>
**Cc:** Olivia E. Duggins <oduggins@smbtrials.com>; Gene Murphy <gmurphy@murphylitigation.com>
**Subject:** RE: Matt Storniolo Subpoena

**Caution:** External email.

Good afternoon Mr. Becker,

We sent the attached to Ms. Duggins as you'll see in the email attached below on October 24, 2025.

Thank you,

MURPHY LAW GROUP

**Rebecca A. Schiller**
**Paralegal**
Murphy Law Group
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
rschiller@murphylitigation.com
tel: 312.202.3200
Direct: (312)202-3204
fax: 312.202.3201
www.murphylitigation.com

---

**From:** Gene Murphy
**Sent:** Friday, October 24, 2025 12:48 PM
**To:** oduggins@smbtrials.com
**Cc:** Gene Murphy <gmurphy@murphylitigation.com>
**Subject:** RE: Matt Storniolo Subpoena

Ms. Duggins,

Please see the attached. If you have any questions, feel free to contact me.

Thank you,

Eugene E. Murphy, Jr.
Managing Partner
Murphy Law Group
161 North Clark Street, Suite 2550
Chicago, IL 60601
(w) 312.202.3202
(f) 312.202.3201
gmurphy@murphylitigation.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.