# Exhibit 11

Northwestern

Northwestern University
Office of General Counsel
Rebecca Crown Center
633 Clark Street
Evanston, Illinois 60208

Office 847. 491. 5605
Fax 847. 467. 3092

September 25, 2025

**VIA EMAIL (oduggins@smbtrials.com)**

Olivia E. Duggins
Swanson, Martin and Bell, LLP
330 North Wabash Ave
Suite 3300
Chicago, IL 60611

**Re: *Gharavi, et al. v. FloSports, Inc., et al.* (U.S. District Court, NDIL Case No. 1:24-cv-1969)**

Dear Ms. Duggins:

We are in receipt of the September 11, 2025 subpoenas issued to Northwestern University Athletics and Ryan Haley for the above referenced matter. Northwestern objects to the subpoenas as unduly burdensome and not proportionate to the needs of the case. In addition, Northwestern objects to the subpoenas to the extent the phrases "[a]ny and all Documents and Communications in Your possession including but not limited to those electronically stored that concern, reference, discuss, mention, or contain information about" and "any member of any school staff, any wrestling coaches or officials, any member of the media or wrestling authority and/or wrestling leadership" are vague, ambiguous, and undefined. Northwestern further objects to the subpoenas on the grounds that they seek documents not relevant to the allegations in this matter.

Subject to the foregoing objections, please see enclosed responsive documents Bates Stamped NU0001-NU0011.

Sincerely,

Caroline L. Camic
Assistant General Counsel

CLC:rag

Enclosures

**From:** Nima Gharavi
**To:** Ryan Haley
**Subject:** RE: 2022 Midlands Championships Media Information
**Date:** Tuesday, December 27, 2022 1:41:57 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png

---

Thank you, Ryan!

-Nima

---

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Tuesday, December 27, 2022 9:02 AM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Cc:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>; Scott M Arey <s-arey@northwestern.edu>; Tim T Cysewski <wrestling@northwestern.edu>
**Subject:** 2022 Midlands Championships Media Information

Good Morning All,

If you are receiving this email, you have been approved for a media credential for the 58th Annual Ken Kraft Midlands Championships. We are excited to have you covering the event.

Credentials will be available to pick up in-person at the ticket box office of NOW Arena (5333 Prairie Stone Pkwy, Hoffman Estates, IL 60192) beginning on Thursday.

**PARKING PASS INFORMATION**

A complimentary parking pass for Lot C at NOW Arena is attached in this email. **It is your responsibility to print the parking pass out and have it displayed on your vehicle at NOW Arena beginning on Thursday, December 29.** This pass is valid for December 29-30.

Updated information leading up to the tournament can be found on the Tournament Page as well as through the Midlands Twitter account (@MidlandsChamps).

For any further media questions, please don't hesitate to reach out.

**MIDLANDS CHAMPIONSHIPS SCHEDULE**

**THURSDAY, DECEMBER 29**

- 9:30 a.m. – First Session (10 Mats) – (Championship Rounds 1 & 2, Wrestlebacks)
- 7:00 p.m. – Second Session (10 Mats) – (Quarterfinals, Wrestlebacks)

**FRIDAY, DECEMBER 30**

- 11:00 a.m. – Third Session (8 Mats) – (Semis, consolation, 7th place match, women's division begins)
- 6:05 p.m. – Fourth Session (4 Mats) – (1st, 3rd, 5th place matches–men's and women's divisions)
    - Awards ceremony to conclude at 9:00 p.m.
    - Midlands Hall of Fame Inductions will be prior to the final session

**Ryan Haley**
**Assistant Director - Athletic Communications**

**o:** 847-467-4125

**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu| NUSports.com

**From:** Ryan Haley
**To:** Nima Gharavi
**Subject:** Re: Media Credential: Midlands Championships
**Date:** Tuesday, December 5, 2023 9:07:20 AM
**Attachments:** official.jpg
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
image.png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png
Outlook-signature .png

---

Hi Nima -

Good to hear from you! Crazy to think it's been a year. Happy to take care of you for Midlands. I'd plan on the same credential pickup/parking process as last year, but will confirm that when I send out an email to the full group of approvals closer to Christmas. Thanks, and look forward to seeing you!

**Ryan Haley**
**Assistant Director - Athletic Communications**
**o:** 847-467-4125
**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

---

**From:** Nima Gharavi [redacted]
**Sent:** Monday, December 4, 2023 1:03 PM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Subject:** Re: Media Credential: Midlands Championships

Hi Ryan,

Difficult to believe a year has already gone by!

Just reaching out to request a media credential for the Midlands again this year.

Hope all is well!

Best regards,
Nima Gharavi

---

**From:** Ryan Haley <ryan.haley@northwestern.edu>
**Sent:** Monday, December 26, 2022 9:01 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

Thanks for reaching out. I'll have you all squared away with a media credential. You'll be able to pick it up at the NOW Arena box office on Thursday morning. Keep an eye out for an email from me either tomorrow or Wednesday with additional information. Thanks!

**Ryan Haley**
**Assistant Director - Athletic Communications**
**o:** 847-467-4125
**c:** 319-330-3262
**e:** ryan.haley@northwestern.edu | NUSports.com

---

**From:** Nima Gharavi [redacted]
**Sent:** Sunday, December 25, 2022 11:17 PM
**To:** Ryan Haley <ryan.haley@northwestern.edu>
**Subject:** Re: Media Credential: Midlands Championships

Hi Ryan,

Just saw your name listed as the tournament's media coordinator on the website. Looking forward to hearing from you with regard to the media details Zach mentioned below.

Thanks!

Best regards

Nima Gharavi
IHSA Official [redacted]
NCAA/ICWOA/MSWOA Official
[redacted]

---

**From:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Sent:** Thursday, December 15, 2022 12:18 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Media Credential: Midlands Championships

Hi Nima -

You'll be all set for a Midlands credential. Expect an email with additional info (credential pickup/parking/etc.) in the coming weeks.

Thanks!

**Zach Wingrove**
**Director of Public Relations & Digital Media**
**c:** 616-822-9775
**e:** zachary.wingrove@northwestern.edu | NUSports.com

---

**From:** Nima Gharavi [redacted]
**Sent:** Monday, December 12, 2022 5:58 PM
**To:** Zachary David Wingrove <zachary.wingrove@northwestern.edu>
**Subject:** Media Credential: Midlands Championships

Hi Zach,

Hope all is well.

Kindly following up on the request to be added to the media credential list for the Midlands Championships.

Thank you!

Best regards,

Nima Gharavi
IHSA Official [redacted]
NCAA/ICWOA/MSWOA Official
[redacted]

**From:** Nima Gharavi
**Sent:** Thursday, December 1, 2022 10:29 AM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Midlands Championships

Hi Zach,

May I ask if you are the correct contact for media credentials to the Midlands Championships?

If not, may I kindly request that you connect me with the correct person?

Thank you!

-Nima

**From:** Nima Gharavi [redacted]
**Sent:** Monday, October 24, 2022 12:09 PM
**To:** zachary.wingrove@northwestern.edu
**Subject:** Re: Wrestling Media Credentials

Hello Zach,

May I ask if media credentialing details have been ironed out yet for the Ken Kraft Midlands Championships at NOW Arena on December 29 and 30?

Thank you,

Nima Gharavi
IHSA Official [redacted]
[redacted]

**From:** Nima Gharavi [redacted]

**Date:** Tuesday, October 4, 2022 at 11:46 AM
**To:** Redacted @u.northwestern.edu>
**Subject:** Wrestling Media Credentials

Hi Redacted,

Congratulations on the new full-time role.

May I ask if you are still the right contact for media credentials for dual meets and for the Midlands Championships?

I am hoping to find out whether the media credential form for the 2022 Midlands Championships has been created yet.

Thank you!

Regards,
Nima Gharavi
[redacted]

**From:** Redacted @u.northwestern.edu>
**Sent:** Thursday, January 13, 2022 11:38 AM
**To:** Nima Gharavi [redacted]
**Subject:** Re: Northwestern vs. NIU on Sunday, February 13th

No problem Nima - I'll add you to our credential list for the NIU meet.

Please note our updated COVID-19 policies which you can review here at your convenience:

https://nusports.com/news/2022/1/8/general-updated-covid-19-fan-policies.aspx

Happy to answer any questions!

Thanks,

Redacted | Graduate Assistant
Northwestern Athletics

On Wed, Jan 12, 2022 at 5:27 PM Nima Gharavi [redacted] wrote:
Hi Redacted,

Hope you had a great New Years.

May I ask if it would it be possible to obtain a media credential for Northwestern's dual versus NIU on Sunday, February 13th at 4:00 PM?

Thank you,

Nima Gharavi
www.midwestwrestle.com
[redacted]

**From:** Redacted @u.northwestern.edu>
**Sent:** Friday, December 17, 2021 1:28 PM
**To:** Nima Gharavi [redacted]
**Subject:** Re: FW: 2021MidlandsSchedule.docx

Hi Nima,

Thanks for your email - Here is a link to the media credential form for you to complete when you have a moment:

Redacted

Happy to answer any other questions!

Redacted | Graduate Assistant
Northwestern Athletics

**From:** Tim Cysewski <wrestling@northwestern.edu>
**Date:** Sunday, December 5, 2021 at 4:49 PM
**To:** Nima Gharavi [redacted]
**Subject:** 2021MidlandsSchedule.docx

Nina, please review and let me know if you have any questions. Thanks for your support.

Sent from my iPhone

1:26



Matt

Redacted

Dec 29, 2023 at 9:15 PM

Talked to Nima and got his credential. Thanks for the letting me know.

I appreciate your help with that

No problem. Sorry that you had to deal with that shit tonight.

It's fine. That was minimal and easier problems to solve than most this weekend

Jan 11, 2024 at 6:21 PM

Redacted

iMessage

1:27

ZW

Zach

You have a few minutes to chat?

Yeah for sure

Give me 10 minutes. Headed back to hotel.

Ok sounds good, call whenever

Give me a call back whenever. At hotel.

**ADVISORY: "Do Not Credential" Recommendation from NWMA for photographer Cam Kramer**
nationalwrestlingmedia.com

Dec 30, 2023 at 2:14 PM

Both Cam Kramer (Iowa) and Nima Gharavi (Illinois / Midwest Wrestle) were kicked out of Midlands yesterday.

**MatScouts (@MatScouts1)**
x.com

1 Reply

iMessage

1:27

Zach

Huge problem.

We (Flo) turned in the one in Iowa, raised it with NWMA, he was let go by the wrestling media group who employed him.

There's one just as bad, if not worse who is scarily enough an official.

Flo has done everything in power, leveraging partners, etc to...

**Christian Pyles (@CPyles8)**
x.com

Dec 31, 2023 at 7:09 AM

Going down the rabbit hole now with all of these threads

I still think it's worth reaching out to Jason Bryant, but he's always gonna have the "just trying to protect these kids from these nefarious acts" card

Dec 31, 2023 at 8:37 AM

Yep, I'm going to reach out to him after New Year's and ask for his "do not credential" list, but the guys Pyles is referring to are quite clearly Cam and Nima.

iMessage