# Exhibit 12

**flyingcement**
Started conversation: October 30, 2024

Hey Jason,

Not sure if we ever talked much directly, but I always respected and appreciate your work. I was curious if you received a similar notification as me - as a result of a thread we participated in to raise awareness about a nefarious individual in the community. If so - would love to chat quickly on how you are approaching this - if you don't mind. It seems I'm being dragged into an ongoing lawsuit as a result of posting the thread. More than anything, I want to defend our youth wrestlers from predators like what we have seen.

Please let me know if you would be open to a quick chat. I totally understand if you don't have interest.

Cheers,

Joseph

Quote

**Jason Bryant**
Replied: October 30, 2024

I actually have not, which honestly is kind of surprising given how Nima has targeted anyone who stands in his way.

I was also extremely cautious with how I said things publicly about this topic because in the past, I had been served a Cease & Desist from someone's family lawyer after I had posted on a VA Facebook Group warning parents about a guy scamming kids/parents out of money. Basically, since I don't have the discretionary income to fight these things, I was pretty much forced to shut up publicy about it.

So when the Nima thing surfaced, most of my stuff was back channels and off the web conversations.

I'd love to help, but not sure what I can really do. I haven't been served with anything - yet - although again, I'm surprised I haven't been, given how close to the topic I have been.

But if there's a conversation I can help with, my cell is 612-812-5983.