# Exhibit 13

**Posted Transactions**

| | | |
|---|---|---|
| 09/23/25 | RECURRING PAYMENT AUTHORIZED ON 09/22 TWEETDELETE.NET TWEETDELETE.N DE S385266184663764 CARD 8835 | $32.32 |
| 09/23/24 | RECURRING PAYMENT AUTHORIZED ON 09/22 TWEETDELETE.NET TWEETDELETE.N DE S464267148017769 CARD 8835 | $38.88 |