# Exhibit 14

**Nima Gharavi**

| | |
|---|---|
| **From:** | Scott Pilutik <pilutik@gmail.com> |
| **Sent:** | Wednesday, February 18, 2026 2:56 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Bryant response to subpoena in re N.D. Ill. Case No. 1:24-cv-1969 |
| **Attachments:** | Gmail - Fwd_ Big Ten Copyright Issues_Wrestling.pdf; Gmail - Fwd_ National Wrestling Media Association2.pdf; Gmail - Fwd_ Questionable photographer credentials.pdf; Gmail - Fwd_ IHSAA Contacts.pdf; Gmail - Fwd_ National Wrestling Media Association.pdf |

Dear Mr. Gharavi,

Please find attached Mr. Bryant's response to your subpoena in the above-referenced case. Each document, all emails, are generally responsive to paragraphs 1, 2, and 3 of your document requests.

Yours,

______________________________________

**Scott Pilutik** | The Law Office of Scott Pilutik
212.645.6241 T | 607.900.4151 F | pilutik@gmail.com
This e-mail transmission is for the sole use of the intended recipient/s and may contain information protected by the attorney-client privilege, the attorney-work-product doctrine or other applicable privileges or confidentiality laws or regulations.