# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nima Gharavi and Right Call Officials, Inc. v. Jason Bryant and National

Case Number: 1:26-cv-13099

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Nima Gharavi and Right Call Officials, Inc.

Attorney name (type or print): Olivia Duggins

Firm: Swanson, Martin & Bell, LLP

Street address: 330 N Wabash Ave, Suite 3300

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6349003
(See item 3 in instructions)

Telephone Number: 312-222-8534

Email Address: oduggins@smbtrials.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 23, 2026

Attorney signature: S/ Olivia E. Duggins
(Use electronic signature if the appearance form is filed electronically.)