# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 1:26-cv-13099**

**Nima Gharavi, et al**

Plaintiff

**vs.**

**Jason Bryant, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **NATIONAL WRESTLING MEDIA ASSOCIATION** |
| PERSON SERVED: | **JASON BRYANT, OWNER** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **11/9/2026 at 2:22 PM** |
| ADDRESS, CITY AND STATE: | **2739 17TH ST. NW, NEW BRIGHTON, MN 55112** |

Race: **White** Sex: **Male** Age: **40**
Height: **5'10"** Weight: **210** Hair: **Bald** Glasses: **No**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 11/10/2026.

Cory Johnson