# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nima Gharavi, et. al. v. Jason Bryant, et. al.

Case Number: 1:26-cv-13099

An appearance is hereby filed by the undersigned as attorney for:

Jason Bryant and National Wrestling Media Association

Attorney name (type or print): Brendan J. Healey

Firm: Baron Harris Healey

Street address: 150 S. Wacker Dr., Ste. 2400

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6243091
(See item 3 in instructions)

Telephone Number: 312-741-1029

Email Address: bhealey@bhhlawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ | ☐ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/24/2026

Attorney signature: S/ Brendan J. Healey
(Use electronic signature if the appearance form is filed electronically.)