**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIMA GHARAVI, an individual, and RIGHT CALL OFFICIALS, INC., an Illinois corporation,

Plaintiffs,

v.

JASON BRYANT, an individual, and the NATIONAL WRESTLING MEDIA ASSOCIATION, an unincorporated association,

Defendants.

Civil Action No.: 1:26-cv-13099

Honorable Sunil R. Harjani

Honorable M. David Weisman, M.J.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Jason Bryant and National Wrestling Media Association (collectively "Defendants") respectfully request, through this unopposed motion, an order extending the date for Defendants to file their answer or otherwise plead in response to Plaintiffs Nima Gharavi and Right Call Officials, Inc. (collectively, "Plaintiffs") Complaint to January 6, 2027. In support of this unopposed motion, Defendants state as follows:

1. Plaintiffs filed their Complaint on October 23, 2026. Defendants were served with process on November 9, 2026. Defendants' deadline to answer or otherwise plead is currently Monday, November 30, 2026.

2. Defendants recently enlisted counsel who are investigating the claims in the Complaint and require additional time to evaluate and properly respond to the Complaint.

3. Consequently, Defendants seek an extension of time up to, and including, January 6, 2027, to answer or otherwise respond to the Complaint.

4. This motion is Defendants' first request for an extension of time to answer or otherwise plead in response to the Complaint.

5. Counsel for Defendants has communicated with counsel for Plaintiffs, and Plaintiffs' counsel does not oppose Defendants' request for an extension of time.

6. This request for an extension of time is not being brought to unduly delay adjudication of this matter, will allow for a full and fair determination of the issues in this case, and will not cause any party prejudice.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the date for Defendants to answer or otherwise respond to the Complaint up to, and including, January 6, 2027.

Dated: November 24, 2026

Respectfully submitted,

By: /s/ Brendan J. Healey

Brendan J. Healey
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312.741.1030
bhealey@bhhlawfirm.com
*Counsel for Defendants Jason Bryant and National Wrestling Media Association*