**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Nima Gharavi, et al.
Plaintiff,
v.
Jason Bryant, et al.
Defendant.

Case No.: 1:26−cv−13099
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 25, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Defendant's unopposed motion for extension of time to answer or otherwise plead [10] is granted to and including 1/6/2027, along with the parties' joint initial status report. A template for the Joint Initial Status Report can be found on the Court's web page. Status hearing set for 1/13/2027 shall stand. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.